173 A.3d 193

IN THE MATTER OF JOSEPH F. MCGOWAN, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 031001985)

M–175 September Term 2017
080075

November 29, 2017

## ORDER

This matter having been opened to the Court by the Director of
the Office of Attorney Ethics and with the consent of **JOSEPH F.
McGOWAN, JR.**, formerly of **CHERRY HILL**, who was admitted
to the bar of this State in 1986, and who has been temporarily
suspended from the practice of law since September 20, 2012, to
be transferred to disability inactive status pursuant to Rule 1:20–
12;

And the Office of Attorney Ethics and **JOSEPH F. McGOW-
AN, JR.**, through his counsel, having agreed that respondent lacks
the capacity to engage in the practice of law or assist in his own
defense in pending disciplinary proceedings and should be trans-
ferred to disability inactive status in accordance with Rule 1:20–
12(e);

And good cause appearing;

It is ORDERED that **JOSEPH F. McGOWAN, JR.**, is hereby
transferred to disability inactive status pursuant to Rule 1:20–
12(e), effective immediately, and until the further Order of the
Court; and it is further

ORDERED that **JOSEPH F. McGOWAN, JR.**, is hereby re-
strained and enjoined from practicing law during the period that
he remains on disability inactive status, and it is further

ORDERED that pursuant to Rule 1:20–12(e), all disciplinary
proceedings against respondent shall be deferred during the peri-
od that **JOSEPH F. McGOWAN, JR.**, remains on disability
inactive status, and until further Order of the Court; and it is
further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **JOSEPH F. McGOWAN, JR.**, pursuant to Rule 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **JOSEPH F. McGOWAN, JR.**, comply with Rule 1:20–20 governing incapacitated attorneys.